Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

Leticia Anaya,  )   CASE NO. 1:10-cv-01812-**AWI** GSA
    Plaintiff,  )
      )
  v.  )
    )   STIPULATION AND ORDER
Commissioner of Social Security  )   FOR EXTENSION OF TIME TO SUBMIT
    Defendant.  )   PLAINTIFF'S CONFIDENTIAL BRIEF

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. In addition, Plaintiff's counsel is due to deliver a baby on March 25, 2011. Two of her children were one and two weeks early. Plaintiff's counsel has been having lots of contractions in the last two weeks. The current due date for Plaintiff's Confidential Brief is March 19, 2011. The new due date will be April 18, 2011.  The scheduling order should be modified accordingly.

Dated: March 16, 2011                    /s/ Sengthiene Bosavanh

                                             SENGTHIENE BOSAVANH, ESQ.
                                             Attorney for Plaintiff

Dated: March 16, 2011                    BENJAMIN B. WAGNER
                                             United States Attorney


                                             By: /s/ Brenda Pullin
                                             (as authorized via telephone)
                                             BRENDA PULLIN
                                             Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   **March 16, 2011**                    **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE